**Opinion issued April 18, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00528-CV

————————————

**JEREMY JAMES JOSEPH, Appellant**

**V.**

**WILLIAM D. JOSEPH, JR., Appellee**

---

**On Appeal from the Probate Court No. 4**
**Harris County, Texas**
**Trial Court Case No. 491773**

---

## MEMORANDUM OPINION

Appellant Jeremy James Joseph appeals from a judgment signed May 6, 2022.

Appellant has not paid the required fees. Although appellant filed a statement of

inability in the trial court, the trial court sustained the contest, finding that appellant

could afford payment of court costs. *See* TEX. R. CIV. P. 145(f); TEX. R. APP. P. 20.1;

*see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. Appellant did not challenge the trial court's ruling concerning appellant's ability to afford payment of costs.

Appellants failed to respond to our notice of February 17, 2023 that, should appellant not pay the fee, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.